**No. 10-5646. Demond Willie Potts, Petitioner v. Leland McEwen, Warden.**

562 U.S. 933, 131 S. Ct. 332, 178 L. Ed. 2d 216, 2010 U.S. LEXIS 7587.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 361 Fed. Appx. 879.

**No. 10-5647. Evella Grisby Jordan, Petitioner v. United States.**

562 U.S. 933, 131 S. Ct. 332, 178 L. Ed. 2d 216, 2010 U.S. LEXIS 7463.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 378 Fed. Appx. 882.

**No. 10-5649. Jonathan Wayne Larrabee, Petitioner v. United States.**

562 U.S. 933, 131 S. Ct. 332, 178 L. Ed. 2d 216, 2010 U.S. LEXIS 7265.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-5650. Ernest Wholaver, Jr., Petitioner v. Pennsylvania.**

562 U.S. 933, 131 S. Ct. 332, 178 L. Ed. 2d 216, 2010 U.S. LEXIS 7487.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Eastern District, denied.

Same case below, 605 Pa. 325, 989 A.2d 883.

**No. 10-5652. Sergio Reynosa-Atisuego, Petitioner v. United States.**

562 U.S. 933, 131 S. Ct. 333, 178 L. Ed. 2d 216, 2010 U.S. LEXIS 7340.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 375 Fed. Appx. 343.

**No. 10-5654. Desman Stanley, Petitioner v. United States.**

562 U.S. 917, 131 S. Ct. 333, 178 L. Ed. 2d 216, 2010 U.S. LEXIS 6920.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 376 Fed. Appx. 933.

**No. 10-5656. Kende Moses, Petitioner v. Florida.**

562 U.S. 933, 131 S. Ct. 333, 178 L. Ed. 2d 216, 2010 U.S. LEXIS 7381.

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District, denied.

Same case below, 34 So. 3d 12.

**No. 10-5657. John Matthew Vera, Petitioner v. E. K. McDaniel, Warden, et al.**

562 U.S. 933, 131 S. Ct. 333, 178 L. Ed. 2d 216, 2010 U.S. LEXIS 7452.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.